7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:*  Robert John Coen and Shirley Ann Coen
*Debtor*

**Erlene W. Krigel**
    Plaintiff(s)

v.

**Robert John Coen**
**Shirley Ann Coen**
    Defendant(s)

*Bankruptcy Case No.*
05−70065−abf7

*Adversary Case No.*
12−04104−abf

## JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: Judgment is hereby entered in accordance with the Stipulated Judgment, Document No. 29, for Plaintiff and against Defendants on Count II of the Complaint for the ll U.S.C. Section 542 turnover claim in the amount of $25,000, and for attorneys fees of $8,400. Said judgment is stayed for payments to Plaintiff in the total amount of $10,000 over the next year at $833.33/month, to begin on February 15, 2013, and the 15th of each month(20 day grace period) until paid in full. IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff is granted judgment against Defendants for turnover of the 1977 Harley Davidson Superglide FXE, the 1949 International truck, the 1953 Ford Jubliee Tractor, the six−foot snow blade, and the two−blade hay hook, but said judgment is hereby stayed provided the above recited monthly payments are timely made. If the aforesaid payments are timely made by Defendants to Plaintiff, the turnover judgment will be satisfied. Defendants shall not dispose of or sell any of the property described in the Stipulated Judgment entered by the court on 1/31/2013, Document No. 29, until after a satisfaction of judgment is filed in this case.

Ann Thompson
Court Executive

By: /s/ Sharon Greene
    Deputy Clerk



Date of issuance: 1/31/13

Court to serve